469 A.2d 297

Commonwealth v. Kibler, Appellant.

Submitted October 26, 1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence reversed. New trial granted. *See, Commonwealth v. Sorrell,* 500 Pa.° 355, 456 A.2d 1326 (1982); *Commonwealth v. Maxwell,* 312 Pa.Super. 557, 459 A.2d 362 (1983).